UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA TYRONE LEWIS,<br>　　　　　Plaintiff,<br>　　v.<br>CONTRA COSTA COUNTY, et al.,<br>　　　　　Defendants. | Case No. 20-cv-02164-WHO (PR)<br><br>**ORDER STAYING ACTION** |

Plaintiff Daronta Lewis was ordered to show cause on or before July 6, 2021 why 28 U.S.C. § 1915(g) does not bar pauper status. (Dkt. No. 51.) He recently sent the Court a letter stating that he has been hospitalized because of "right hand trauma" and cannot write. (Dkt. No. 53 at 1.) He asks for counsel to be appointed. (*Id.*)

Rather than appointing counsel, the better solution is to stay proceedings until Lewis is able to write and to attend to the litigation of his suit. Accordingly, this federal civil rights action is STAYED. Nothing further will take place in this action until the Court decides further action is appropriate, or until plaintiff moves to dissolve the stay. The Clerk shall ADMINISTRATIVELY CLOSE the file pending the stay of this action.

When plaintiff is ready to reopen proceedings, he shall file a motion clearly entitled "Motion to Reopen."

**IT IS SO ORDERED.**

**Dated:** June 22, 2021

WILLIAM H. ORRICK
United States District Judge